PROB 12C
(6/16)

Report Date: August 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Humberto Manuel Badillo           Case Number: 0980 1:15CR02071-SAB-3

Address of Offende ▮▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 18, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. §§ 846 and 841(b)(1)(A) | |
| Original Sentence: | Prison - 87 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: March 18, 2022 |
| Defense Attorney: | Ricardo Hernandez | Date Supervision Expires: March 17, 2027 |

### PETITIONING THE COURT

To issue a summons.

On March 21, 2022, this officer met with Mr. Badillo upon his release from custody.  Mr. Badillo reviewed and signed the judgment, which outlines the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Badillo violated mandatory condition number 1 on July 15, 2022, by allegedly committing the crime of Attempt to Eluding Police Vehicle, in violation of the Revised Code of Washington (RCW) 46.61.024.1; Yakima County Superior Court (YCSC) cause number 22-1-01208-6.<br><br>According to the Yakima Police Department (YPD) narrative report number 22Y022524, on July 15, 2022, while stopped in a parking lot, a YPD officer heard the sound of two vehicles possibly racing.  The YPD officer observed a black sport type vehicle traveling 100 miles per hour (MPH) in a 35 MPH zone.<br><br>The YPD officer activated his emergency lights to initiate a stop of the vehicle in question; however, the vehicle continued to accelerate and change lanes.  The vehicle continued to |

Prob12C
Re: Badillo, Humberto Manuel
August 3, 2022
Page 2

speed, and the YPD officer activated the emergency siren. The YPD officer noted that he personally was driving at 60 MPH and the black vehicle was steadily pulling away from him. The YPD officer heard over the radio that the same black vehicle nearly caused a collision nearby.

The YPD officer drove toward the address of the registered owner, identified as Humberto Badillo. When the YPD officer attempted to contact Mr. Badillo at his listed address, another male answered the door and subsequently shut the door in the officer's face. Near the home, the YPD officer again observed the vehicle accelerate to 60 MPH or more. Through an open window of the black vehicle, the YPD officer was able to positively identify the driver as Mr. Badillo.

On July 20, 2022, Mr. Badillo reported to the probation office as directed. There he was detained by the U.S. Marshals office for transport to the YPD on the eluding charge. Mr. Badillo was compliant during the arrest. Mr. Badillo's bail was set at $5,000 and he bailed out on July 21, 2022. Mr. Badillo is scheduled to appear in YCSC on August 4, 2022.

2     **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Badillo violated mandatory condition number 1 on July 24, 2022, by allegedly committing the crime of Reckless Driving, in violation of the RCW 43.61.500; Yakima County Municipal Court cause number 2A0318682.

According to the YPD narrative report number 22Y023646, on July 24, 2022, a YPD officer was parked and heard at least 20 vehicles pass by on South 40th Avenue. The YPD officer pulled out onto South 40th Avenue to catch up with the reckless vehicles. Several of the vehicles immediately began to drive normally; however, a few continued to drive recklessly. One vehicle in particular was driving recklessly in the curb lane, repeatedly accelerating and decelerating their vehicle.

The YPD officer activated the emergency lights and pulled directly behind the vehicle in order to initiate a stop. The vehicle turned into a dead end street. The YPD officer contacted the driver of the vehicle who was identified as Mr. Badillo. Mr. Badillo verbally indicated to the YPD officer that he understood how recklessly he was driving.

Based on Mr. Badillo's previous eluding charge from July 15, 2022, the YPD officer felt Mr. Badillo was a danger to the community. Mr. Badillo was taken into custody and subsequently booked into Yakima County Jail. Mr. Badillo's bail was set at $1,000 and he bailed out on July 25, 2022.

On July 27, 2022, Mr. Badillo attended his arraignment hearing and probable cause was established. Mr. Badillo's next scheduled court date is September 9, 2022, at 8:30 a.m. at the Yakima Municipal Courthouse.

Prob12C
Re: Badillo, Humberto Manuel
August 3, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/03/2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/4/2022
Date