PROB 12C
(6/16)

Report Date: August 20, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 403

| | |
|---|---|
| Name of Offender: Humberto Manuel Badillo | Case Number: 0980 1:15CR02071-SAB-3 |
| Address of Offender: ███████████████, Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 18, 2017 | |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. §§ 846 and 841(b)(1)(A) |
| Original Sentence: Prison - 87 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Todd Swensen | Date Supervision Commenced: March 18, 2022 |
| Defense Attorney: Jennifer Rebecca Barnes | Date Supervision Expires: March 17, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On March 21, 2022, the supervised release conditions were reviewed and signed by Mr. Badillo, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Badillo violated mandatory condition number 1 on August 16, 2025, by allegedly committing the crime of attempt to eluding police vehicle, in Yakima County. |
| | According to the Yakima Police Department (YPD) narrative report number 25Y026494, on August 16, 2025, a YPD officer was parked in the parking lot at 7 East Washington Avenue, Yakima, Washington. While parked, the officer observed a newer model black Jeep Cherokee traveling at a high rate of speed westbound in the curb lane on Washington Avenue. The YPD officer estimated the vehicle speed to be around 75 miles per hour (MPH) and still accelerating. As the vehicle drove by, the YPD officer was able to see the driver's face. The driver was a light-skinned male in his late 20s, wearing a dark-colored shirt. |

Prob12C
Re: Badillo, Humberto Manuel
August 20, 2025
Page 2

The YPD officer quickly pulled out onto the roadway and accelerated at a high rate of speed to close the distance on the subject. After accelerating for a couple of seconds, the officer activated his red and blue emergency lights and sirens. At one point, the YPD officer reached speeds of up to 90 MPH in an attempt to overtake the vehicle, but the driver refused to stop. While attempting to overtake him, the officer observed the driver going into the oncoming lane to pass a vehicle traveling westbound on West Washington Avenue. The YPD officer advised dispatch and other units in the area of the vehicle's description and that they were traveling westbound. The officer then observed the black Jeep make a right turn northbound onto South 3rd Avenue from West Washington, still at a high rate of speed and still refusing to stop. As the officer turned northbound, another YPD officer was traveling southbound on South 3rd Avenue.

The pursuing officer heard the second YPD officer advise over the radio that the vehicle had just passed him northbound on South 3rd Avenue. The first officer saw the second officer make a U-turn with his red and blue emergency lights and sirens activated at about the 1800 block of South 3rd Avenue.

YPD officers advised over the radio that the Jeep was again accelerating northbound at a high rate of speed. YPD officers continued northbound on South 3rd Avenue and, as they approached the intersection of South 3rd Avenue and West Mead Avenue, the Jeep drove into the oncoming lane to pass vehicles, once again continuing to elude officers.

Due to the vehicle traveling at a high rate of speed and driving in a reckless manner, which placed the community members and other motorists in danger, both YPD officers terminated the chase, turning off their emergency lights and sirens and followed the rules of the road. At this time, the officer found probable cause to arrest the driver for eluding. The officers came to a stop at a red light at the intersection of South 3rd Avenue and West Viola Avenue. At this time, the YPD officer was still able to see the suspect vehicle traveling northbound, approaching West Nob Hill Boulevard. As they continued, when the light turned green, the YPD officer observed the suspect vehicle making what they believed was a westbound turn onto West Nob Hill Boulevard from South 3rd Avenue.

One YPD officer began to check the area, while another YPD officer continued northbound on West Nob Hill Boulevard and turned westbound on West Prasch Avenue. After checking the area, they were unable to locate the vehicle, and they began reviewing Flock Safety Cameras to see if the vehicle had been captured. While checking the Flock Safety Cameras for a black Jeep, the YPD officer was able to locate the license plate, WA/CLU6456. The Jeep also matched the suspect vehicle involved in the eluding. The vehicle was captured traveling westbound on East Washington Avenue from South 1st Street at 6:27 p.m., which is exactly when the YPD officer first saw the vehicle while he was parked.

A Washington Department of Licensing (DOL) search of the vehicle showed a black 2019 Jeep Grand Cherokee registered to Humberto M. Badillo (DL-WDLB572GG23B), from 1612 South 12th Avenue in Yakima. The officer also ran a DOL check on the registered owner, which displayed a DOL photo of the male. With his photo, the YPD officer was able to verify the registered owner was the driver of the vehicle during the incident. Additionally, the other YPD officer involved in the incident also confirmed the registered owner was the driver of the vehicle.

Prob12C

Re: Badillo, Humberto Manuel
August 20, 2025
Page 3

    During the DOL search, the YPD officer also observed a listed driving status that showed suspended/revoked for a third offense and not licensed -not eligible. The officer requested a criminal history check for Humberto Badillo, which showed one felony conviction of attempting to elude a police vehicle, with a disposition date of August 31, 2023.

    With the information above, the YPD officer found probable cause to arrest Humberto Badillo for eluding and driving with suspended/revoked license.

2    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Mr. Badillo violated mandatory condition number 1 on August 16, 2025, by allegedly committing the crime of driving with suspended/revoke license in Yakima County.

    Please refer to the narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/20/2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/20/2025
Date